| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Ironshore Indemnity, Inc., §
　　　　　　　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　　　　　　　§
versus　　　　　　　　　　　§　　　Civil Action H-12-2850
　　　　　　　　　　　　　　　§
John M. O'Quinn & Associates, PLLC, et al., §
　　　　　　　　　　　　　　　§
　　　　Defendants. §

## Amended Final Judgment

1. The court's opinion on summary judgment, (52), and final judgment, (53), are vacated.

2. Ironshore Indemnity Inc., has no duty to defend or indemnify John M. O'Quinn & Associates, PLLC, doing business as the O'Quinn Law Firm, John M. O'Quinn & Associates, LLP, or any predecessor, successor, or assign (the O'Quinn Firm"), T. Gerald Treece, or Abel Manji, in the *House* lawsuit or in any other claim, demand, proceeding or lawsuit related to the O'Quinn Firm's representation of any former client as to any silica-related matter.

Signed on September 29, 2015, at Houston, Texas.

　　　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　United States District Judge